**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA VARGAS, | ) | CASE NO. CV 08-03485 PSG (RZ) |
|            Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|    vs. | ) ) | |
| DEBORAH J. PATRICK, WARDEN, | ) ) | |
|            Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: September 26, 2008

PHILIP S. GUTIERREZ

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE