**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA VARGAS, | ) | CASE NO. CV 08-03485 PSG (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| DEBORAH H. PATRICK WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of CYNTHIA VARGAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 26, 2008

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE